UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL & EL WOOD PRODUCTS CORP., | No. 2:20-cv-01500-JAM-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| ERNESTO COPADO, | |
| Defendant. | |

On August 19, 2020, defendant was granted thirty days to retain counsel and this court stayed this matter. (ECF No. 10.) The court also informed defendant that if counsel did not file a notice of appearance within thirty days the case would be referred to the undersigned pursuant to Local Rule 302(c)(21). (Id.) On October 7, 2020, this matter was referred to the undersigned as no counsel entered an appearance. (ECF No. 12.) To date, defendant has not filed an answer in this action. Accordingly, it is HEREBY ORDERED that defendant shall file an answer to plaintiff's complaint within twenty-one (21) days of the date of this order.

Dated: October 8, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.00.el

1