UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL & EL WOOD PRODUCTS CORP., | No. 2:20-cv-01500-JAM-CKD PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| ERNESTO COPADO, | |
| Defendant. | |

On August 19, 2020, defendant was granted thirty days to retain counsel and the court ordered the action stayed "during this time." (ECF No. 10.) The court also informed defendant that if counsel did not file a notice of appearance within thirty days the case would be referred to the undersigned pursuant to Local Rule 302(c)(21). (Id.) On October 7, 2020, this matter was referred to the undersigned due to no counsel having entered an appearance. (ECF No. 12.) On October 9, 2020, the undersigned ordered defendant, now proceeding pro se, to file an answer to plaintiff's complaint within twenty-one days. (ECF No. 13.)

To date, defendant still has not filed an answer in this action. Nor has plaintiff, who is represented by counsel, taken any steps to move the action forward—for instance, by requesting entry of default. The court takes this opportunity to clarify that no stay is currently in effect in this case and to remind plaintiff of its obligation to proceed with prosecuting this case or notify
////

1

the court of its voluntary dismissal.

    Accordingly, IT IS ORDERED that:

1. Within 14 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The timely filing of a status report or request for entry of default will constitute a showing of good cause; and

2. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  December 30, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19.1500.elel

2